IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE ROSE FUND, LLC et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 03-04593 WHA<br><br>**ORDER RE MARCH 2 HEARING ON FINAL FEE APPLICATIONS AND FINAL DISTRIBUTIONS TO INVESTORS** |

　　　As previously ordered, the **MOTIONS FOR FINAL FEES AND FINAL DISTRIBUTIONS ARE DUE FEBRUARY 16, 2006**. Any opposition to the motions **SHALL BE FILED BY 5 P.M., FEBRUARY 27, 2006**. The hearing will be at **11 A.M., MARCH 2, 2006**. These motions are not being held on the normal 35-day calendar, pursuant to the Court's authority under Civil Local Rule 7-2(a).

　　　**IT IS SO ORDERED.**

Dated: February 7, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE